# United States District Court
# Southern District of Ohio

**Joseph P. Kinneary United States Courthouse**
**85 Marconi Boulevard, Suite 260**
**Columbus, Ohio 43215**

**James Bonini**　　　　　　　　　　　　　　　　　Telephone: 614.719.3000
**Clerk of Court**　　　　　　　　　　　　　　　　　Facsimile: 614.719.3037

### Related Case Memorandum
### Criminal Cases

TO:　　　　Judge Marbley and Judge Sargus

FROM:　　Eduardo Rivera, Case Administrator

DATE:　　July 24, 2009

SUBJECT:　Case Caption: USA v. Christopher M. Jones, et al

CASE　　　Case Number: 2:09-cr-178 - Judge Marbley

　　　　　　File Date: July 23, 2009

---

This memorandum is to notify you that the Defendant Information Sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: __USA v. Shannon R. Brooks__

Case Number: __2:09-cr-173-1__　　　District Judge: __Sargus__

File Date: __7/14/2009__　　　Magistrate Judge: _____

**Related Case(s):**

Case Caption: _____

Case Number: _____　　　District Judge: _____

File Date: _____　　　Magistrate Judge: _____

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator Eduardo Rivera as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Songs___.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge
Edward A. Song

_____
United States District Judge

cc: Courtroom Deputies