# CRIMINAL MINUTES

CR-2-09- 178
USA vs. CHRISTOPHER JONES
(In Custody)

## SENTENCING

Hearing held on THURSDAY, 03/18/2010
2:15 pm
before Judge Edmund A. Sargus, Jr.

For Govt: Sal Dominguez (for Brenda Shoemaker, AUSA)

For Deft: Terry Sherman

- Defendant sentenced to 36 months on counts 1,2,4,6,16 and 18 with each count being served concurrently and this term shall be served CONCURRENTLY with his State sentence; 3 years of Supervised Release; No fine; Special Assessment of $600; Restitution in the amount o $22,485.28 to be paid jointly and severally; Counts 3,5, 7-10, 12-15, 17, 19 and 20 dismissed per plea agreement; Deft was advised of his right to appeal; remanded to USMS

-

(10 mins)

Laura Samuels, Court Reporter
Anthony Molnar, Law Clerk
Andy Quisumbing, Courtroom Deputy