**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:09-CR-178-1 |
| vs. | : | JUDGE SARGUS |
| CHRISTOPHER M. JONES, | : | |
| Defendant. | : | |

**REQUEST TO SCHEDULE HEARING ON VIOLATION OF SUPERPVISED RELEASE**

On May 2, 2012, the Probation Office filed a Petition for a Warrant against Mr. Jones alleging that he had violated the terms of his supervised release. On May 4, 2012, this Court issued a warrant for Mr. Jones' arrest.

Jones is incarcerated by the State of Ohio at the Richland Correctional Institution. According to the ODRC website, he has an expiration date of June 16, 2015.

Jones has requested that this Court issue a writ and schedule a final revocation hearing in this matter.

**WHEREFORE**, it is respectfully requested that the Court issue a wit and schedule a final revocation hearing.

Respectfully submitted,

　/s/　Gordon G. Hobson
Gordon G. Hobson　(0004681)
Senior Litigator
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
(614) 469-2999
Gordon_Hobson@fd.org
Attorney for Defendant
Christopher M. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically served upon Brenda Shoemaker, Assistant United States Attorney, Office of the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215 this 15th day of October, 2014.

    /s/   Gordon G. Hobson
Gordon G. Hobson  (0004681)
Senior Litigator

Attorney for Defendant
Christopher M. Jones