UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Christopher Maurice Jones**       Case Number: **0648 2:09CR00178 (1)**

Name of Sentencing Judicial Officer:       **The Honorable Edmund A. Sargus Jr.
Chief U.S. District Court Judge
Southern District of Ohio**

Date of Original Sentence:       **March 18, 2010**

Original Offense:       **Counts 1, 6, 16 and 18: Bank Fraud, in violation of Title 18 U.S.C. § 1344.**

**Count 2: Social Security Fraud, in violation of Title 42 U.S.C. § 408 (a)(7)(B).**

**Count 4: Possession of Stolen Mail, in violation of Title 18 U.S.C. § 1708.**

Original Sentence:       **36 month(s) prison on each count to be served concurrently and to be served concurrently with the defendant's state sentence; followed by 36 month(s) supervised release each count to be served concurrently. Special conditions include: 1) The defendant shall obtain full-time employment; 2) The defendant is forbidden from using or owning a home computer, a laptop computer or any computer equipment. The defendant shall not access the internet; 3) The defendant shall provide all personal and financial information upon request by the probation office; and 4) The defendant shall not incur any new credit card charges or open lines of credit without the approval of the probation officer.**

**01-22-15: The defendant's supervised release conditions were modified to include three months at the Alvis House. The offender's supervised release shall be terminated after completion of the Alvis House.**

Type of Supervision: **Supervised Release**       Date Supervision Commenced: **November 8, 2011**

<h1>PETITIONING THE COURT</h1>

☐ To extend the term of supervision for [ --- ] years, for a total term of [ --- ] years.

☒ To modify the conditions of supervision as follows:

## CAUSE

Mr. Jones appeared before Your Honor on January 22, 2015, on a supervised release revocation. The basis for the violations was that Mr. Jones engaged in alleged criminal activity involving the possession of another individual's credit card. On December 21, 2011, the defendant also appeared in the Richland County Court of Common Pleas for a probation violation due to the above noted violations. Mr. Jones' state supervision was revoked, and he was sentenced to a total of six years' incarceration. When Mr. Jones appeared before Your Honor on January 22, 2015, Your Honor was prepared to terminate the offender's supervised release, but Mr. Jones requested three months at the Alvis House in order to help him integrate into society upon his release. Your Honor ordered he serve three months at the Alvis House and his supervised release to terminate upon completion.

Mr. Jones was released from state custody on April 27, 2015, to the residential program at the Volunteers of America in Mansfield, Ohio, and is scheduled to be released on June 13, 2015. Mr. Jones informed the undersigned officer that he received employment at a barber shop in Mansfield, and he has possible residency in Mansfield. Mr. Jones indicated that he no longer feels that he needs to attend the Alvis House in Columbus due to the above reasons.

Due to all of the reasons above, the undersigned officer respectfully recommends that the condition that Mr. Jones serve three months at the Alvis House be rescinded and he be allowed to terminate supervised release. Mr. Jones is in agreement with the modification and has signed the waiver to acknowledge. A Waiver of Hearing to Modify Conditions has been included for your review.

Respectfully submitted by,

Matthew R. Moore
U.S. Probation Officer

Approved by,

Brandon K. Mitchell Sr.
Sr. U.S. Probation Officer

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer

6-3-2015
Date

PROB 49
(3/89)

# United States District Court

### Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The supervised release condition that Mr. Jones serve three (3) months at the Alvis House is hereby rescinded."

Witness _____        Signed _____
(U.S. Probation Officer)              (Probationer or Supervised Releasee)

5/26/2015
(Date)